# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEFFREY HAYES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-692

[September 30, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 02-003957-CF-10A.

Carla P. Lowry of Lowry at Law, P.A., Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***